# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 21-1645V

| | |
|---|---|
| ROBERT ANDERSON,<br><br>  Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>  Respondent. | Chief Special Master Corcoran<br><br>Filed: October 11, 2023 |

*Edward Ira Zwilling,* Law Office of Edward I. Zwilling, LLC, Birmingham, AL, *for Petitioner.*

*Alexa Roggenkamp,* U.S. Department of Justice, Washington, DC, *for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On August 2, 2021, Robert Anderson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury as the result of an influenza vaccination received on September 1, 2020. Petition, ECF No. 1. On August 9, 2023, I issued a decision awarding compensation to Petitioner based on the Respondent's proffer. ECF No. 32.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $33,832.40 (representing $32,122.00 in attorney's fees and $ 1,710.40 in attorney's costs). Petitioner's Application for Attorney's Fees and Costs ("Motion") filed Aug. 15, 2023, ECF No. 36. In accordance with General Order No. 9, Petitioner filed a signed statement indicating that Petitioner incurred no out-of-pocket expenses. ECF No. 36-5.

Respondent reacted to the motion on Aug. 25, 2023, indicating that he is satisfied that the statutory requirements for an award of attorney's fees and costs are met in this case, but deferring resolution of the amount to be awarded to my discretion. Respondent's Response to Motion at 2-3, ECF No. 37. Petitioner did not file a reply thereafter.

The rates requested for work performed through the end of 2020 are reasonable and consistent with prior determinations and will therefore be adopted. Petitioner has also requested the hourly rate of $400 for work performed by Attorney Edward Zwilling in the 2021-23 timeframe. ECF No. 36-1. I find this hourly rates to be reasonable and will award the attorney's fees requested. (And all time billed to the matter was also reasonably incurred). Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 36-1. Respondent offered no specific objection to the rates or amounts sought.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. I award a total of **$33,832.40 (representing $32,122.00 in attorney's fees and $ 1,710.40 in attorney's costs) as a lump sum in the form of a check jointly payable to Petitioner and Petitioner's counsel, Edward Zwilling.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this Decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u><br>
Brian H. Corcoran<br>
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.